# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DISTRICT

| | |
|---|---|
| WILLIE RAY, <br><br> Plaintiff, <br><br> v. <br><br> CENTENE MANAGEMENT COMPANY, <br><br> Defendant. | Cause No:  4:17-CV-2534 CAS |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE NOTE that Plaintiff hereby voluntarily dismisses this civil action with prejudice.

Respectfully submitted,

THE TATE LAW FIRM, LLC

/s/ Rufus J. Tate, Jr._____
Rufus J. Tate, Jr. 46993
230 Bemiston Avenue, Suite 1470
Clayton, MO 63105
314.726.6495 Office
314.726.0424
tatelawfirm@gmail.com

Certificate of Service

I hereby certify that on May 22, 2018, I delivered a copy of the foregoing Notice of Voluntary Dismissal to all counsel of record.

/s/ Rufus J. Tate, Jr.